| Fill in this information to identify the case: |
| --- |
| Debtor 1   Debora K. Moxley |
| Debtor 2   _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the District of MARYLAND |
| Case number <u>19-13588</u> |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges                12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>MTGLQ INVESTORS, L.P.</u>          **Court claim no**. (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: <u>3736</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 05/28/2019 (Proof of claim) | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan review | 04/15/2019 | (11) | $350.00 |
| 12 | Other. Specify: Proof of claim 410A | 05/28/2019 | (12) | $250.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2              **Notice of Postpetition Mortgage Fees, Expenses, and Charges**              page 1

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗     /s/ Erin Elam                          Date     09/05/2019
Signature

| | | |
|---|---|---|
| Print | **Erin Elam** <br> First Name    Middle Name    Last Name | Title    Bankruptcy Attorney |
| Company | RAS Crane, LLC | |
| Address | 10700 Abbott's Bridge Road, Suite 170 <br> Number    Street | |
| | Duluth, GA 30097 <br> City              State      ZIP Code | |
| Contact Phone | 470-321-7112 | Email    eelam@rascrane.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on   September 5, 2019                                                    ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Douglas Robert Gorius
511B Eastern Blvd.
Baltimore, MD 21221

Debora K. Moxley
7115 Greenbank Road
Middle River, MD 21220

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By:  /s/ Sacoria Registre
        Sacoria Registre
        Email: sregistre@rascrane.com